### 21679.   CUMBEE v. BALKCOM, Warden.

CANDLER, Justice.   The bill of exceptions assigns error on the trial judge's refusal to sanction a petition for the writ of habeas corpus.   The petition for such writ is not incorporated in the bill of exceptions or otherwise verified by the trial judge and, under the rulings in *Blanchard v. Balkcom*, 217 Ga. 334 (122 SE2d 215) and *Black v. Balkcom*, 217 Ga. 528 (123 SE2d 723), the petition is not legally before us for consideration; and since it is not, the writ of error must be and is

*Dismissed.   All the Justices concur.*

SUBMITTED JUNE 11, 1962—DECIDED JUNE 25, 1962.

Leroy Cumbee, *pro se.*

*Eugene Cook, Attorney General, Earl L. Hickman, Assistant Attorney General, B. Daniel Dubberly, Jr., Deputy Assistant Attorney General,* contra.